■ In the Matter of JOHN O'LEARY, Appellant, v VILLAGE OF HEMPSTEAD et al., Respondents.—Appeal by the petitioner

from a judgment of the Supreme Court, Nassau County (Burke, J.), entered October 15, 1990.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Burke at the Supreme Court. Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.